UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20719-CIV-JORDAN

| | |
|---|---|
| PEI LICENSING, INC. | ) |
|     Plaintiff | ) |
| vs. | ) |
| POWER BRANDS INTERNATIONAL, LLC, et al. | ) |
|     Defendants | ) |

**AMENDED ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

    Ms. Roxanne Elings' and Ms. Diedre Blocker's motion for admission pro hac vice [D.E. 16] is GRANTED.  The previous order denying Ms. Elings' and Ms. Blocker's motion for failure to include certificates of good standing from the jurisdictions in which they are admitted to practice [D.E. 38] is VACATED.  Ms. Elings and Ms. Blocker have supplemented their motion with the required certificates.

    DONE and ORDERED in chambers in Miami, Florida, this 26th day of June, 2008.

                                                 _____
                                                 Adalberto Jordan
                                                 United States District Judge

Copy to:        All counsel of record